IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO GARCIA DE LA PAZ, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION | § | CIVIL NO. SA12CA0957DAE |
| OFFICERS JASON COY AND MARIO VEGA AND THE | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| DEFENDANTS | § | |
| | § | |

**PLAINTIFF'S OPPOSED MOTION UNDER RULE 56(d) TO DENY DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, DELAY ADJUDICATION OF THE
SAME TO ALLOW PLAINTIFF TO TAKE DISCOVERY OF MATERIAL FACTS**

Plaintiff, Alejandro Garcia De La Paz, through counsel and pursuant to F.R.C.P. 56(d), requests that the Court deny Defendants' pre-answer, pre-discovery motions for summary judgment or, alternatively, suspend consideration of the same to allow Mr. Garcia time to take discovery, including depositions, from Defendants USA, Coy and Vega and other essential witnesses regarding the alleged bases for the seizure of Mr. Garcia including but not limited to:

- Mr. Vega's claims that at the Border Patrol Academy was taught to look out for "suspicious behavior by drivers or passengers, such as slowing down upon seeing marked Border Patrol vehicles, looking at an Agent in a side or rearview mirror, and ... turning heads to look at an Agent," Vega Decl., ¶ 6,[1] despite voluminous case law disallowing an excessive focus on such factors;

- Mr. Vega's and Mr. Coy's extremely limited experience conducting roving patrols and investigatory stops prior to Mr. Garcia's seizure, including the "several" vehicle stops that Mr. Vega claims to have effectuated between June of 2009 and October of 2010;

- Defendants' unspecific allegations regarding the extent to which Roads 187 and 337 and the surrounding area are used to advance illegal smuggling efforts; and

- Defendants' unsubstantiated and vague allegations that the CBP station received complaints from unidentified "ranchers and other persons" and "local law enforcement" about "possible alien smuggling" in the weeks prior to Mr. Garcia's seizure. See e.g., Coy Decl., ¶ 5.

Each of the aforementioned categories of evidence has been relied upon by Defendants in support of summary judgment.  Discovery has not begun because the Defendants' motions for summary judgment have been filed prior to any answer.  Mr. Garcia has elsewhere argued in detail that none of the aforementioned supports summary judgment in Defendants' favor and that summary judgment may properly be denied based upon the present filings.  Nevertheless,

---

[1] References to the Defendants' declarations refer to those attached as evidence to the motion for dismissal and/or summary judgment filed by Defendants Coy and Vega.

2

to the extent the Court deems these categories of evidence to actually militate in favor of summary judgment for Defendants, which it should not, Mr. Garcia should be allowed an opportunity to take discovery of the same.  The necessary affidavit or declaration required under Rule 56(d)(2) is attached as an exhibit to this motion.  For the foregoing reasons, Mr. Garcia requests that this motion be granted.

Respectfully submitted,

David Antón Armendáriz
Texas Bar # 24031708
davida@demottusa.com

De Mott, McChesney, Curtright & Armendáriz, LLP
800 Dolorosa, Suite 100
San Antonio, Texas 78207-4559
(210) 354-1844
(210) 212-2116 Fax
Attorney for Plaintiff

3

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2013, I electronically filed the foregoing

PLAINTIFF'S MOTION UNDER RULE 56(d) TO DENY DEFENDANTS' MOTIONS FOR SUMMARY

JUDGMENT OR DELAY ADJUDICATION OF THE SAME TO ALLOW PLAINTIFF TO TAKE DISCOVERY

OF ESSENTIAL FACTS with the Clerk of Court using the CM/ECF system, causing the same to be

sent electronically to Defendants' counsel, who has consented to electronic service.

David Antón Armendáriz

CERTIFICATE OF CONFERENCE

I hereby certify that on the 4th day of January, 2013, the undersigned conversed via e-

mail with Defendants' counsel, Joe Rodriguez, regarding this motion.  Mr. Rodriguez stated that

he opposes this motion.

David Antón Armendáriz