IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO GARCIA DE LA PAZ, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION | § | CIVIL NO. SA12CA0957DAE |
| OFFICERS JASON COY AND MARIO VEGA AND THE | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| DEFENDANTS | § | |
| | § | |

**ORDER**

Defendants' motion for an extension of time to file replies to Plaintiff's responses to his dispositive motions is granted.  Defendants are granted until February 18, 2012 to file their replies.  Defendants' motion to strike Plaintiff's responses to his dispositive motions is denied.

_____

United States District Judge